[Department Two.—January 26, 1883.]

## C. H. SEYMOUR, RESPONDENT, v. L. W. WOOD ET AL., APPELLANTS.

<div style="float:right">63 81<br>Case 1<br>138 26</div>

DISMISSAL OF ACTION—ORDER VACATING—DISCRETION OF THE COURT.—The dismissal of an action for want of prosecution may be set aside by the court in the exercise of a sound discretion, and to justify a reversal on appeal, there must be a clear and manifest abuse of discretion.

APPEAL from an order of the Superior Court of the county of Nevada.

The dismissal was set aside on the ground of mistake, inadvertence, and excusable neglect.

*J. C. Caldwell,* and *J. N. Thorne,* for Appellants.

*C. W. Cross,* for Respondent.

By the COURT.—The court below dismissed this cause on motion of defendants for want of prosecution, and on a further motion set aside the order of dismissal. An appeal is prosecuted from the last mentioned order. The ruling of the Superior Court was liberal, but we cannot see that it abused its discretion in vacating the order of dismissal. A motion to set aside an order of dismissal is addressed to the sound discretion of the Superior Court, and this court is disposed to sustain the ruling of the court below, unless there is a clear and manifest abuse of discretion. No such clear and manifest abuse exists here, and the order must be affirmed.

So ordered.